⹂Prob 12D
(6/05)

# UNITED STATES DISTRICT COURT

for

_____District of New Jersey_____

**Request for Summons and
Modification of the Conditions or Term of Supervision**

Name of Offender: Steven D. Gold                                    Case Number: 03-00368-001

Name of Sentencing Judicial Officer:  The Honorable Katherine S. Hayden

Date of Original Sentence:  September 25, 2003

Original Offense:  Travel With Intent to Engage in a Sexual Act With a Juvenile; 18 U.S.C. 2423(b) and 2

Original Sentence:  33 months custody and a three year term of supervised release.

Type of Supervision:  supervised release            Date Supervision Commenced:  March 24, 2006

## PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

Mr. Gold has secured employment whereas he has unmonitored and unimpeded access to the internet. The employer is unaware of his conviction and the probation department believes there is a third party risk. Furthermore, the offender had refused to partake in polygraph examinations which are a necessary tool in the treatment of sex offenders.

Prob 12D
(6/05)

Page 2

## CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

The offender's employer is unaware of his conviction. Mr. Gold has unmonitored access to the Internet which raises concern based on his offense of conviction and this appears to pose a third party risk. Also, Mr. Gold is engaged in sex offender specific treatment and as such the provider, New York Forensic, recommends that Gold participate in polygraph examinations to monitor compliance with supervision and treatment. Mr. Gold has refused to participate in the examinations which has delayed the treatment process, and has created an increased risk to the community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 19, 2006

Donna W. Shaw
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.
☐ The issuance of a summons.
☒ Other: _Defendant to appear on 9/11/06 at 9:30 am_

Signature of Judicial Officer

7/27/06
Date